B6B (Official Form 6B) (12/07)

In re **Gene Oran-Frazier Braxton,**
**Heather Rawls Braxton**

Case No. **2:11-BK-11160**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Washington Federal Checking Account # 3641 - Gene & Heather | C | 0.00 |
| | | Washington Federal Savings Account # 3567 - Gene & Heather | C | 0.00 |
| | | Wells Fargo Checking Account #5880 - Gene | C | 0.00 |
| | | Wells Fargo Checking Account # 3869 - Gene & Heather | C | 2.39 |
| | | Wells Fargo Checking Accoung #3752 - Gene & Heather | C | 0.00 |
| | | Wells Fargo Checking Account # 3752 - Gene & Heather | C | 0.00 |
| | | Wells Fargo Checking Account # 1538 - Marilyn Frazier Braxton. This is Gene's Mother. Heather is listed on the account only to assist for health reasons in the case Marilyn becomes incapacitated. At no time has Heather used or accessed her account or the monies. Held in trust for the benefit of Marilyn Frazier Braxton. | C | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit & Pet Deposit Rental property located at 8989 North Gainey Center Drive, #243, Scottsdale, Aizona 85258 | C | 2,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 Lamps | C | 20.00 |
| | | 1 Radio | C | 30.00 |
| | | 1 DVD Player | C | 30.00 |
| | | 1 Samsung 60" TV w/ Samsung TV Projector ( 4 years old) and 1 - 40" TV (5 years old) | C | 500.00 |

Sub-Total > **2,782.39**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gene Oran-Frazier Braxton,**          Case No.    __2:11-BK-11160__
       **Heather Rawls Braxton**

                              Debtors ,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 Master bed w/ bedding ; 1 dresser; 1 side chair; 1 nite stand w/ lamp | C | 175.00 |
| | | 1 Guest bed (futon) w/ bedding; 1 Armoire; 1 nite stand | C | 90.00 |
| | | 1 Sofa. | C | 100.00 |
| | | Coffee Maker | C | 20.00 |
| | | 2 Bar Stool | C | 20.00 |
| | | 1 Stereo ( 7 years old) | C | 30.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | C | 220.00 |
| | | Framed Pictures & Photos | C | 30.00 |
| 6. Wearing apparel. | | Mens & Women's Clothing | C | 500.00 |
| 7. Furs and jewelry. | | Costume Jewelery | C | 30.00 |
| | | Wedding & Engagement Ring | C | 500.00 |
| | | 1 man's watch, 1 woman's watch | C | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >      **1,915.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gene Oran-Frazier Braxton,**            Case No.   **2:11-BK-11160**
       **Heather Rawls Braxton**

                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gene Oran-Frazier Braxton,**          Case No.    **2:11-BK-11160**
         **Heather Rawls Braxton**
                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Hummer H3 - Vehicle has 40,000 miles. Vehicle is in good condition. Minor dent in  front drivers side. Value of vehicle was obtained thru kellybluebook.com | C | 18,815.00 |
| | | 2010 Ducati  Model #1198 Motorcyle - It is in good condition with 2000 miles.  Value obtained from Kelly Blue Book website. | C | 9,670.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 1 Computer w/ printer with MacBook Pro Software 1 & 2 ( 3 years old) - Used for business | C | 500.00 |
| | | 1 Computer Desk w/ chair - Used for business | C | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Family Cat | C | 5.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 29,140.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 33,837.39 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                            (Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Gene Oran-Frazier Braxton,**  Case No. __2:11-BK-11160__
     **Heather Rawls Braxton,**

                                       Debtors,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit & Pet Deposit Rental property located at 8989 North Gainey Center Drive, #243, Scottsdale, Aizona 85258 | Ariz. Rev. Stat. § 33-1126C | 2,000.00 | 2,200.00 |
| **Household Goods and Furnishings** | | | |
| 2 Lamps | Ariz. Rev. Stat. § 33-1123 | 20.00 | 20.00 |
| 1 Radio | Ariz. Rev. Stat. § 33-1123 | 30.00 | 30.00 |
| 1 Samsung 60" TV w/ Samsung TV Projector ( 4 years old) and 1 - 40" TV (5 years old) | Ariz. Rev. Stat. § 33-1123 | 500.00 | 500.00 |
| 1 Master bed w/ bedding ; 1 dresser; 1 side chair; 1 nite stand w/ lamp | Ariz. Rev. Stat. § 33-1123 | 175.00 | 175.00 |
| 1 Guest bed (futon) w/ bedding; 1 Armoire; 1 nite stand | Ariz. Rev. Stat. § 33-1123 | 90.00 | 90.00 |
| 1 Sofa. | Ariz. Rev. Stat. § 33-1123 | 100.00 | 100.00 |
| 2 Bar Stool | Ariz. Rev. Stat. § 33-1123 | 20.00 | 20.00 |
| 1 Stereo ( 7 years old) | Ariz. Rev. Stat. § 33-1123 | 30.00 | 30.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | Ariz. Rev. Stat. § 33-1125(5) | 220.00 | 220.00 |
| Framed Pictures & Photos | Ariz. Rev. Stat. § 33-1123(10) | 30.00 | 30.00 |
| **Wearing Apparel** | | | |
| Mens & Women's Clothing | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding & Engagement Ring | Ariz. Rev. Stat. § 33-1125(4) | 500.00 | 500.00 |
| 1 man's watch, 1 woman's watch | Ariz. Rev. Stat. § 33-1125(6) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Hummer H3 - Vehicle has 40,000 miles. Vehicle is in good condition. Minor dent in front drivers side. Value of vehicle was obtained thru kellybluebook.com | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 18,815.00 |
| 2010 Ducati Model #1198 Motorcyle - It is in good condition with 2000 miles. Value obtained from Kelly Blue Book website. | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 9,670.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| 1 Computer w/ printer with MacBook Pro Software 1 & 2 ( 3 years old) - Used for business | Ariz. Rev. Stat. § 33-1130(1) | 500.00 | 500.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Gene Oran-Frazier Braxton,**        Case No.    <u>2:11-BK-11160</u>
           **Heather Rawls Braxton**

Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1 Computer Desk w/ chair - Used for business** | **Ariz. Rev. Stat. § 33-1130(1)** | **150.00** | **150.00** |
| **Animals** | | | |
| **Family Cat** | **Ariz. Rev. Stat. § 33-1125(3)** | **5.00** | **5.00** |
| | Total: | **15,070.00** | **33,755.00** |

Sheet   <u>1</u>   of   <u>1</u>   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Gene Oran-Frazier Braxton,**
**Heather Rawls Braxton**

Case No.    **2:11-BK-11160**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **#3227** <br><br> **Creditor #: 1** <br> **Ally Financial** <br> **200 Rennaissance cir.** <br> **Detroit, MI 48243** | | C | **3.2007** <br> **Auto** <br><br> **2006 Hummer H3 - Vehicle has 40,000 miles. Vehicle is in good condition. Minor dent in  front drivers side. Value of vehicle was obtained thru kellybluebook.com** | | | | | |
| | | | Value $      **18,815.00** | | | | **19,810.99** | **995.99** |
| Account No. **#9914** <br><br> **Creditor #: 2** <br> **Freedom Road Financial** <br> **PO Box 1822218** <br> **Reno, NV 89511** | | C | **11.2009** <br> **Auto** <br><br> **2010 Ducati  Model #1198 Motorcyle - It is in good condition with 2000 miles. Value obtained from Kelly Blue Book website.** | | | | | |
| | | | Value $      **9,670.00** | | | | **14,268.00** | **4,598.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal <br> (Total of this page) | **34,078.99** | **5,593.99** |
| | Total <br> (Report on Summary of Schedules) | **34,078.99** | **5,593.99** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Gene Oran-Frazier Braxton,**                                                    Case No.   **2:11-BK-11160**
        **Heather Rawls Braxton,**
_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

    1   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Gene Oran-Frazier Braxton,**                      Case No.   **2:11-BK-11160**
          **Heather Rawls Braxton**
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **#1865** | | | **2009** | | | | | | |
| **Creditor #: 1 AZ DOR BANKRUPTCY LITIGATION DEPT. Phoenix, AZ 85007** | C | | **2009 Income Tax. $2300 tax levy.** | | | | 17,881.38 | **0.00** | 17,881.38 |
| Account No. **xxxx - 2009** | | | **Income Taxes** | | | | | | |
| **Creditor #: 2 Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | C | | | | | | 183,447.53 | **0.00** | 183,447.53 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | |
|---|---|---|---|
| | | 201,328.91 | 201,328.91 |
| | Total (Report on Summary of Schedules) | **0.00** | |
| | | 201,328.91 | 201,328.91 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Gene Oran-Frazier Braxton,**
     **Heather Rawls Braxton**

Case No. __2:11-BK-11160__

_____,
                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **#2071** | | H | Opened 9/23/03 Last Active 6/01/11 Educational - non-consumer debt | | | | |
| Creditor #: 1 Afsa/Brazo 501 Bleecker St Utica, NY 13501-2498 | | | | | | | 47,864.00 |
| Account No. **#1808** | | C | Medical Services | | | | |
| Creditor #: 2 Arizona Orthopedic Association of GA 690 North COFCO Center Court Suite #290 Phoenix, AZ 85008 | | | | | | | 137.55 |
| Account No. **#xxE000** | | C | Medical Services - 2010 | | | | |
| Creditor #: 3 Athletic Institute of Medicine 9393 North 90th Street Suite 102-PMB164 Scottsdale, AZ 85258 | | | | | | | 116.24 |
| Account No. **#3634** | | C | Business debt - non-consumer | | | | |
| Creditor #: 4 B of A PO BOx 15026 Wilmington, DE 19850 | | | | | | | 30,232.70 |

__9___ continuation sheets attached

Subtotal
(Total of this page)

78,350.49

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     S/N:38199-110722   Best Case Bankruptcy

In re **Gene Oran-Frazier Braxton,**
**Heather Rawls Braxton,**

Case No. **2:11-BK-11160**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **#7197** | | | | | | | |
| Creditor #: 5 **Bank Of America Po Box 17054 Wilmington, DE 19884** | | C | | | | | 6,859.00 |
| Account No. **#9449** | | | | | | | |
| Creditor #: 6 **Bank Of America Po Box 15026 Wilmington, DE 19884** | | C | | | | | 1,079.32 |
| Account No. **7197** | | | Opened 9/01/03 Last Active 9/20/10 CreditCard | | | | |
| Creditor #: 7 **Bk Of Amer Po Box 17054 Wilmington, DE 19850** | | W | | | | | 0.00 |
| Account No. **#9000** | | | Opened 3/29/05 Last Active 9/01/10 CreditCard | | | | |
| Creditor #: 8 **Brclysbankde P.O. Box 8803 Wilmington, DE 19899** | | H | | | | | 2,006.00 |
| Account No. **xxxxx-xx5301** | | | Creditor - Citibank | | | | |
| Creditor #: 9 **Bursey & Associates, P.C. 6740 North Oracle Road Suite 151 Tucson, AZ 85704** | | C | | | | | 0.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,944.32**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gene Oran-Frazier Braxton,** Case No. **2:11-BK-11160**
**Heather Rawls Braxton,**
_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **#4944** <br><br>**Creditor #: 10** <br>**BYL Collection Services** <br>**301 Lacey Street** <br>**West Chester, PA 19382** | C | | **Original Creditor: Southwest Gas** | | | | **0.00** |
| Account No. **xxxxxxxx0181** <br><br>**Creditor #: 11** <br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | H | | **Opened 1/13/09 Last Active 2/01/10 CreditCard** | | | | **0.00** |
| Account No. **#1311** <br><br>**Creditor #: 12** <br>**Chase** <br>**PO Box 15548** <br>**Wilmington, DE 19886** | C | | **Credit Card** | | | | **2,032.23** |
| Account No. **#1682** <br><br>**Creditor #: 13** <br>**Chase** <br>**PO Box 94014** <br>**Palatine, IL 60094** | C | | **Credit Card** | | | | **14,597.27** |
| Account No. **#6355** <br><br>**Creditor #: 14** <br>**Chase Bank** <br>**PO Box 94014** <br>**Palatine, IL 60094** | C | | **Credit Card** | | | | **2,501.32** |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,130.82**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene Oran-Frazier Braxton,**                                    Case No.  __**2:11-BK-11160**__
      **Heather Rawls Braxton**
_____,
                      Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. #8794** | | | | | | | |
| Creditor #: 15<br>**Citi Mortgage**<br>**Po Box 6000**<br>**The Lakes, NV 89163** | | C | | | | | |
| | | | | | | | 3,377.92 |
| **Account No. #2000** | | | | | | | |
| Creditor #: 16<br>**City of Phoenix**<br>**PO Box 78663**<br>**Phoenix, AZ 85062** | | C | | | | | |
| | | | | | | | 314.50 |
| **Account No.** | | | Residential Lease Agreement<br>Property: 8989 North Gainey Center Drive #243, Scottsdale, AZ 85258 | | | | |
| Creditor #: 17<br>**Desert Pacific Advisors, LLC**<br>**9393 North 90th Street**<br>**Suite 207**<br>**Scottsdale, AZ 85258** | | C | | | | | |
| | | | | | | | 0.00 |
| **Account No. #6135** | | | 9.30.2010 | | | | |
| Creditor #: 18<br>**Erik J, Dean, D.O.**<br>**9393 North 90th Street**<br>**Suite 102-154**<br>**Scottsdale, AZ 85258-5097** | | C | | | | | |
| | | | | | | | 148.15 |
| **Account No. #2371** | | | | | | | |
| Creditor #: 19<br>**FIA Card Services**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | | C | | | | | |
| | | | | | | | 7,013.07 |

Sheet no. __**3**__ of __**9**__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)      **10,853.64**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
                                    Best Case Bankruptcy

In re **Gene Oran-Frazier Braxton,**
      **Heather Rawls Braxton**

Case No. **2:11-BK-11160**

_____,
                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **#9267** **Creditor #: 20** **Frdmroad Fin** **10605 Double R Blv Suite 100** **Reno, NV 89521** | | H | | Opened 7/01/09 Last Active 2/01/11 Recreational - 2010 Ducati Streetfighter Motorcycle | | | | 4,759.00 |
| Account No. **#9267** **Creditor #: 21** **Freedon Road Financial** **PO Box 1822218** **Reno, NV 89511** | | C | | Deficiency Notice RE: 2010 Ducati Streetfighter. VIN # ZDM11BEW5AB001276 | | | | 14,401.19 |
| Account No. **xxxxx-xx5353; xxxxxx # 0612** **Creditor #: 22** **Jaburg & Wilk, PC** **3200 North Central Avenue** **Suite 2000** **Phoenix, AZ 85012** | | C | | Original Creditor - Wells Fargo Bank | | | | 0.00 |
| Account No. **#8-088** **Creditor #: 23** **Kohl's Payment Center** **PO BOx 2983** **Milwaukee, WI 53201** | | C | | | | | | 396.76 |
| Account No. **#2759** **Creditor #: 24** **Mercedes-Benz Financial Services** **PO Box 77860** **Fort Worth, TX 76177-0860** | | C | | Lease 007 Mercedes - B S600V | | | | 39,913.33 |

Sheet no. **4** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,470.28

In re  **Gene Oran-Frazier Braxton,**
**Heather Rawls Braxton**

Case No. __**2:11-BK-11160**__

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Accounting Services** | | | | |
| **Creditor #: 25** **Monheit & Zongolowicz** **6945 East Greenway Parkway** **Suite 250** **Scottsdale, AZ 85254** | C | | | | | | | 3,673.00 |
| Account No. **#8026** | | | | Opened 7/21/09 Last Active 11/01/09 Collection U.S.Healthworks Medical Group- | | | | |
| **Creditor #: 26** **Nco Fin/35 (Original Creditor:U.S.H** **Po Box 41726** **Philadelphia, PA 19101** | | H | | | | | | 50.00 |
| Account No. **#8025** | | | | Opened 7/21/09 Last Active 11/01/09 Collection U.S.Healthworks Medical Group- | | | | |
| **Creditor #: 27** **Nco Fin/35 (Original Creditor:U.S.H** **Po Box 41726** **Philadelphia, PA 19101** | | H | | | | | | 50.00 |
| Account No. **#9818** | | | | Opened 5/01/08 Last Active 1/01/10 Med1 02 Medical Payment Data | | | | |
| **Creditor #: 28** **Nemo'S Coll (Original Creditor:Med1** **14631 N Cave Creek** **Phoenix, AZ 85022** | | H | | | | | | 232.00 |
| Account No. **#3100** | | | | **Medical Services** | | | | |
| **Creditor #: 29** **Paul M. Neilson, DDS** **6945 East Sahuaro Drive** **Suite A-2** **Scottsdale, AZ 85254** | C | | | | | | | 745.00 |

Sheet no. __**5**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,750.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gene Oran-Frazier Braxton,**
      **Heather Rawls Braxton**

Case No.   **2:11-BK-11160**

                                ,

                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **#5611** <br><br>**Creditor #: 30** <br>**Phillips & Cohemn Associates, Ltd.** <br>**1002 Justison Street** <br>**Wilmington, DE 19801** | C | | | **Collection - Lawfirm** <br>**Original Creditor - Apple/Barclay** | | | | 0.00 |
| Account No. **#5599** <br><br>**Creditor #: 31** <br>**Phoenix Orthopedic Group, PC** <br>**2222 Highland Avenue** <br>**Suite 203** <br>**Phoenix, AZ 85016** | C | | | **5.27.2010** <br>**Medical Services** | | | | 65.49 |
| Account No. **#3913** <br><br>**Creditor #: 32** <br>**Recovery Partners, LLC** <br>**4151 North Marshall Way** <br>**Suite 12** <br>**Scottsdale, AZ 85251** | C | | | **2010** | | | | 65.49 |
| Account No. **#2759** <br><br>**Creditor #: 33** <br>**Seidberg Law Offices** <br>**PO Box 7290** <br>**Phoenix, AZ 85011** | C | | | **Deficiency - Mercedes-Benz Financial Services - 2007 Mercedes S600V** | | | | 40,208.58 |
| Account No. **#7690** <br><br>**Creditor #: 34** <br>**Silver Law PLC** <br>**4800 North Scottsdala Road** <br>**Sixth Floor** <br>**Scottsdale, AZ 85251** | C | | | **Legal Services** | | | | 1,296.10 |

Sheet no. __6___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,635.66

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Gene Oran-Frazier Braxton,**
**Heather Rawls Braxton,**

Case No. **2:11-BK-11160**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **#xx90-00** | | | | **Medical Services** | | | | |
| Creditor #: 35 **Sobel Family Medicine** **4550 East Bell road** **Suite 114** **Phoenix, AZ 85032** | C | | | | | | | 122.08 |
| Account No. **#8461** | | | | **Medical Services** | | | | |
| Creditor #: 36 **Sonora Quest Laboratories** **1255 West Washington Street** **Tempe, AZ 85281** | C | | | | | | | 89.84 |
| Account No. **#x0-028** | | | | **Utilities** | | | | |
| Creditor #: 37 **Southwest Gas Corp.** **PO Box 98890** **Las Vegas, NV 89193-8890** | C | | | | | | | 155.25 |
| Account No. **xxx-0001** | | | | 1.19.2010 | | | | |
| Creditor #: 38 **Total Medical Care** **5048 West Norhern Avenue** **Suite 106** **Glendale, AZ 85301** | C | | | | | | | 102.40 |
| Account No. **#731.8** | | | | **Utilities** | | | | |
| Creditor #: 39 **Town of Paradise Valley, Arizona** **PO Box 29820** **Paradise Valley, AZ 85253** | C | | | | | | | 124.14 |

Sheet no. **7** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

593.71

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gene Oran-Frazier Braxton,**            Case No.   **2:11-BK-11160**
       **Heather Rawls Braxton**

                                     Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **#874**<br><br>**Creditor #: 40**<br>**United Collection Bureau, Inc.**<br>**PO Box 140310**<br>**Toledo, OH 43614** | | C | | 2003<br>**Credi Card - Citi** | | | | 0.00 |
| Account No.<br><br>**Creditor #: 41**<br>**Warren Chane**<br>**594 Shore Road**<br>**Chatham, MA 02633** | | C | | 2010<br>**Residential Lease Agreement** | | | | 16,200.00 |
| Account No. **#x571-1**<br><br>**Creditor #: 42**<br>**Waste Management**<br>**1580 East Elwood Street**<br>**Phoenix, AZ 85040** | | C | | 2010<br>**Services** | | | | 141.42 |
| Account No. **#5810**<br><br>**Creditor #: 43**<br>**Wells Fargo**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | | C | | 2009<br>**Credit Card** | | | | 3,423.31 |
| Account No. **#0612**<br><br>**Creditor #: 44**<br>**Wells Fargo**<br>**PO Box 30086**<br>**Los Angeles, CA 90030** | | C | | 2006<br>**Credit Card** | | | | 9,019.40 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
      (Total of this page)    **28,784.13**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gene Oran-Frazier Braxton,**           Case No.   **2:11-BK-11160**
        **Heather Rawls Braxton,**
_____ ,
                Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **#2290** | | | | | **2011** | | | | |
| **Creditor #: 45** **Wells Fargo** **12641 North Tatum Boulevard** **Phoenix, AZ 85032** | | | C | | **Overdrawn Checking Account** | | | | |
| | | | | | | | | | 980.39 |
| Account No. **xxxxxx-xx1688** | | | | | Original Creditor - Chase Bank | | | | |
| **Creditor #: 46** **Zwicker & Associates, PC** **PO Box 10069** **Scottsdale, AZ 85271** | | | C | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of                    Subtotal                          | 980.39
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

                                                                          Total                            | 254,493.44
                                                     (Report on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re     **Gene Oran-Frazier Braxton,**            Case No.   __2:11-BK-11160__
          **Heather Rawls Braxton**

_____ ,
                Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Desert Pacific Advisors, LLC**<br>**9393 North 90th Street**<br>**Suite 207**<br>**Scottsdale, AZ 85258** | **Residential Lease Agreement Between ILiff, LLC (Landlord); Andrew Mellor with Desert Pacific Advisors ( Broker for Landlord ) ; Brenda Morgan with Morgan-Stone Real Estate ( Tenant Broker) and Heather and Gene Braxton ( Tenants). Property is located at 8989 North Gainey Center Drive, #243, Scottsdale, AZ 85258. The Lease agreement is valid for 12.28.2010 thru 12.31.2011.** |

0
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Gene Oran-Frazier Braxton**
**Heather Rawls Braxton**
_____
Debtor(s)

Case No. **2:11-BK-11160**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Multi-Level Marketing** | **Unemployed** |
| Name of Employer | **Gene Braxton - Self employed** | **Scottsdale Unified School District** |
| How long employed | **2004  to present** | **2 months** |
| Address of Employer | **8989 North Gainey Center Drive Suite #243 Scottsdale, AZ 85258** | **3811 North 44th Street Phoenix, AZ 85018** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **7,020.46** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **7,020.46** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **1,440.00** | $ | **0.00** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,440.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,580.46** | $ | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,580.46** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,580.46** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**We do not expect any changes within the next 12 months.**

B6J (Official Form 6J) (12/07)

In re **Gene Oran-Frazier Braxton**
**Heather Rawls Braxton**

Case No. **2:11-BK-11160**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,986.00 |
| a. Are real estate taxes included? | Yes ___ No **X** | | |
| b. Is property insurance included? | Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 380.00 |
| b. Water and sewer | | $ | 50.00 |
| c. Telephone | | $ | 200.00 |
| d. Other **See Detailed Expense Attachment** | | $ | 380.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 650.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 15.00 |
| 7. Medical and dental expenses | | $ | 220.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 260.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 188.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 1,360.64 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **Professional Dues** | | $ | 150.00 |
| Other **Personal care** | | $ | 100.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,289.64 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 5,580.46 |
| b. | Average monthly expenses from Line 18 above | $ | 6,289.64 |
| c. | Monthly net income (a. minus b.) | $ | -709.18 |

B6J (Official Form 6J) (12/07)

In re    **Gene Oran-Frazier Braxton**
       **Heather Rawls Braxton**             Case No.    **2:11-BK-11160**

                         Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Mobile Phone | $ | 250.00 |
| TV/Satellie/Cable/Internet | $ | 130.00 |
| **Total Other Utility Expenditures** | $ | **380.00** |

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Arizona

In re    **Gene Oran-Frazier Braxton**         Case No.    **2:11-BK-11160**
       **Heather Rawls Braxton**
                                      Debtor(s)       Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$478,792.00** | **2009 Household Income** |
| **$155,784.00** | **2010 Household Income** |
| **$51,407.00** | **2011 YTD: Husband Gene Braxton - Self employed** |
| **$1,110.00** | **2011 YTD: Wife Scottsdale Unified School District** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts*. List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ally Financial**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | **March/April 2011** | **$2,158.28** | **$19,810.99** |
| **Freedom Road Financial**<br>**PO Box 18218**<br>**Reno, NV 89511** | **March/April  2011** | **$497.01** | **$15,039.00** |
| **Desert Pacific Advisors, LLC**<br>**9393 North 90th Street**<br>**Suite 207**<br>**Scottsdale, AZ 85258** | **1/1; 2/1; 3/1** | **$5,958.00** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank vs. Gene Braxton - CV2010-091688** | **Civil** | **Maricopa County Superior Court** | **Active** |
| **Wells Fargo v. Heather & Gene Braxton - CV2011-005353** | **Civil** | **Maricopa County Superior Court** | **Active** |
| **Ciribank vs. Heather & Gene Braxton - CC2011-045301** | **Civil** | **Maricopa County County - McDowell Mountain Justice Court of AZ** | **Active** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Financial Road Financial 10605 Double R Boulevard Suite 100 Reno, NV 89521** | **January 2011** | **2010 Ducati Streetfighter - $14,401.19** |

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lawrence Law Offices, PLLC**<br>**8110 East Cactus Road**<br>**Suite 105**<br>**Scottsdale, AZ 85260** | **5.13.2011/6.17.2011/7.8.2011** | **$3,000 Attorney & Filing Fee** |
| **Gary Brand, Esq**<br>**Mercado Del Lago**<br>**8300 N. Hayden Road, Ste. A-207**<br>**Scottsdale, AZ 85258** | **12/2010 - $1,600; 4/2011 - $1,600** | **$3,200 for Chapter 13 legal and filing fees** |

#### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Unknown** | **January 2011** | **Coin collection sold at yard sale for $100** |
| **Beth Harold**<br>**Unknown** | **February 2011** | **Wedding Ring - $1000 value** |
| **Christina Armendariz**<br>**Unknown** | | **Mink Coat $200 ( Coat was from grandmother - originally purchased in the 1980's)** |
| **Unknown** | **2009** | **2008 Ducati Hypermotard S Motocycle - $2000** |

None    **b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■    trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wells Fargo**<br>**Po Box 29704**<br>**Phoenix, AZ 85038** | **Checking Account # 5745 - Heather & Gene** | **Closed April 2011** |
| **Wells Fargo**<br>**Po Box 29704**<br>**Phoenix, AZ 85038** | **Wells Fargo Goall  Business Checking Account # 8127** | **March 2011 - Balance at closing $0** |
| **Wells Fargo**<br>**PO Box 29704**<br>**Phoenix, AZ 85038** | **Wells Fargo Mirai Business Checking Account # 8288 - Gene** | **Account May 4, 2011 - with a negative balance of $615.57** |
| **Wells Fargo**<br>**PO Box 85038**<br>**Phoenix, AZ 85038** | **Overdrawn Checking Account # 2290** | **Account closed on April 2011 with a negative balance of $980.39** |
| **Wells Fargo**<br>**PO Box 29704**<br>**Phoenix, AZ 85038** | **Wells Fargo Mirai Business Savings Account # 7087** | **Account closed May 5, 2011 with a negative balance of $12.00** |

---

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5701 East Bar Z Lane, Paradise Valley** | **Gene & Heather Braxton** | **February 2008 - January 2011** |

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Gene & Heather Braxton were married on January 6, 2006 - present**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Gene Braxton - Sole Proprietor** | **# 3207** | **8989 North Gainey Center Drive Unit #243 Scottsdale, AZ 85258** | | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED
**Monheit & Zongolowicz, CPAS, PLC**                                          **2009 Tax Return**
**13801 West Camino Del Sol**
**Sun City West, AZ 85375**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR             DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                  RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                  TITLE                      NATURE AND PERCENTAGE
                                                               OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                  DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                    DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                AMOUNT OF MONEY
OF RECIPIENT,                   DATE AND PURPOSE          OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR      OF WITHDRAWAL                VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                      TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 23, 2011**                    Signature  **/s/ Gene Oran-Frazier Braxton**
                                                        **Gene Oran-Frazier Braxton**
                                                        Debtor


Date  **August 23, 2011**                    Signature  **/s/ Heather Rawls Braxton**
                                                        **Heather Rawls Braxton**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Arizona

In re  **Gene Oran-Frazier Braxton**
**Heather Rawls Braxton**

Case No.  **2:11-BK-11160**

Debtor(s)

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ally Financial** | **Describe Property Securing Debt:**<br>**2006 Hummer H3 - Vehicle has 40,000 miles. Vehicle is in good condition. Minor dent in  front drivers side. Value of vehicle was obtained thru kellybluebook.com** |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                        ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Freedom Road Financial** | **Describe Property Securing Debt:**<br>**2010 Ducati Model #1198 Motorcyle - It is in good condition**<br>**with 2000 miles. Value obtained from Kelly Blue Book**<br>**website.** |

Property will be (check one):
□ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **August 23, 2011**      Signature   **/s/ Gene Oran-Frazier Braxton**
                                                    **Gene Oran-Frazier Braxton**
                                                    Debtor

Date   **August 23, 2011**      Signature   **/s/ Heather Rawls Braxton**
                                                    **Heather Rawls Braxton**
                                                    Joint Debtor